(No. 2375.   May 27, 1920.)

## STATE ex rel. SANDOVAL v. BOARD OF COM'RS OF GUADALUPE COUNTY.

### SYLLABUS BY THE COURT.

Where assignments of error are based solely upon matters shown by the bill of exceptions, and the bill of exceptions is stricken, the cause will be affirmed on motion.

Appeal from District Court, Guadalupe County; Leahy, Judge.

Proceeding between State of New Mexico, on the relation of Benito D. Sandoval for himself and others

similarly situated, and the Board of County Commissioners of the County of Guadalupe, State of New Mexico, sitting as a canvassing board. Judgment for the former, and the latter appeals. Affirmed.

PATTON & HATCH, of Clovis, for appellant.

F. FAIRCLOTH, of Santa Rosa, for appellee.

### OPINION OF THE COURT.

ROBERTS, J. Heretofore the bill of exceptions in this case was stricken. Appellee moves for an affirmance of the judgment of the trial court, because the assignments of error are all based upon matters shown only by the bill of exceptions. This contention is correct, and the cause will therefore be affirmed; and it is so ordered.

PARKER, C. J., and RAYNOLDS, J., concur.